# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-1399 ODW(Ex) | Date | April 20, 2010 |
|---|---|---|---|
| Title | Dario Barrera v. Gamestop Corp., et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):   Order to Show Cause Why a Trial Date Should Not Be Set**

In their Stipulation to Continue Scheduling Conference [33] the parties indicated that a Motion for Preliminary Approval of Class Settlement would be filed no later than April 1, 2010. As of the date of this order, no motion has been filed.

Counsel are ordered to show cause why the Court should not set a Jury Trial date based on the Joint Rule 26(f) Report filed in this case. A written response to this Order to Show Cause is due on or before **Monday, May 3, 2010.** Instead of a written response to this Order to Show Cause, the parties may file a Motion for Preliminary Approval of Class Settlement on or before the date that the OSC response is due.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response is due.

IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |