# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIO BARRERA, individually, and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>GAMESTOP CORP.;<br>GAMESTOP, INC.;<br>and DOES 1 through 100, inclusive,<br><br>              Defendants. | **Case No. CV 09-1399 ODW (Ex)**<br><br>[Assigned to the Hon. Otis D. Wright II, Courtroom 11]<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES AND COSTS AND CLASS REPRESENTATIVE ENHANCEMENT [51]**<br><br>Date:      December 6, 2010<br>Time:      1:30p.m.<br>Place:     Courtroom 11<br><br>Complaint filed: January 23, 2009<br>Trial date: none set |

On June 21, 2010, this Court preliminarily approved the proposed Joint Stipulation of Settlement and Release (the "Settlement Agreement") between Plaintiff Dario Barrera ("Barrera"), the proposed Settlement Class (as defined herein) and Defendants GAMESTOP CORP. and GAMESTOP, INC., (collectively

Kesluk & Silverstein, P.C.
9255 Sunset Blvd., Ste. 411
Los Angeles, CA 90069
Tel: (310) 273-3180
Fax: (310) 273-6137

1

ORDER GRANTING PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES AND COSTS

"GAMESTOP" or "Defendants").  All terms herein should have the same meaning as defined in the Stipulation.

This Court has considered the propriety of Class Counsel's application for the reasonable fee of up to 33 1/3%, or $1,083,333.33 of the Maximum Settlement Amount in attorneys' fees for serving as Class Counsel, and $10,000.00 for reimbursement of actual costs for serving as Class Counsel.  The Court has further considered Class Counsel's request for a $10,000.00 enhancement award for Dario Barrera, for serving as the Named Plaintiff

Based upon the unopposed Motion, this Court having read and considered all papers, pleadings, arguments, and evidence submitted, and good cause appearing therefore, this Court now finds and orders as follows:

## FINDINGS

The Court finds that Class Counsel's request for a 33 1/3 % of Maximum Settlement Amount is reasonable given the benefits of the class action settlement to the class, and the amount of time and energy class counsel invested into reaching a resolution.  Class Counsel's hourly rates are also reasonable compared to rates charged by similar attorneys, especially in light of Counsel's extensive experience in the field and.  Specifically, the Court finds that the following hourly rates are reasonable:  Douglas N. Silverstein, $700; Michael G. Jacob, $450; Catherine J. Roland, $300; and, Alicia Goukasian, $475.  The Court finds that a multiplier of 1.8 is reasonable in light of the contingent nature of this matter.

The Court also approves the Incentive Award to the Named Plaintiff to reward him for his stalwart dedication to the Class and active involvement in the suit.

//

//

*Kesluk & Silverstein, P.C.*
9255 Sunset Blvd., Ste. 411
Los Angeles, CA 90069
Tel: (310) 273-3180
Fax: (310) 273-6137

2
ORDER GRANTING PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES AND COSTS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT:

The Court hereby awards Class Counsel attorneys' fees in the amount of $1,083,333.33 and costs in the amount of $10,000.00; and

The Court also hereby awards an Incentive Award in the amount of $10,000.00 to the Named Plaintiff.

IT IS SO ORDERED.

DATED:  November 29, 2010          _____

By: Otis D. Wright, II
United States District Court Judge

*Kesluk & Silverstein, P.C.*
9255 Sunset Blvd., Ste. 411
Los Angeles, CA 90069
Tel: (310) 273-3180
Fax: (310) 273-6137

3

ORDER GRANTING PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES AND COSTS